UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTA RUSHING and ROBERT RUSHING,

                Plaintiffs,

v.

COMMUNITY FEDERAL SAVINGS BANK, HEIGHTS TITLE SERVICES LLC, TRUIST BANK, and THE CURRENCY CLOUD INC.,

                Defendants.

1:24-CV-01487-LTS

---

ORDER

On January 28, 2025, Plaintiffs filed a Notice of Voluntary Dismissal dismissing this action against all Defendants. (Docket entry no. 36.) Accordingly, the Clerk of the Court is respectfully directed to close this action and terminate all open motions. (E.g., docket entry nos. 23, 30, & 32.)

SO ORDERED.
Dated: New York, New York
       January 30, 2025

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge